Carl F. Wilson, Appellant, v. William G. Milota, Bailiff, and LaSalle National Bank, as Trustee Under Trust No. 7286, Appellees.

Gen. No. 46,666. (Abstract of Decision.)

First District, Second Division.

December 6, 1955.

Released for publication March 6, 1956.

 Allen H.
Meyer, for appellant; Lewis W. Schlifkin, and Charles A. Greenstein, for appellee. Opinion by JUDGE SCHWARTZ. Not to be published in full.